NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**BMW OF NORTH AMERICA, LLC, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,**
*Appellants*

**v.**

**THEODORE & ASSOCIATES, LLC,**
*Appellee*

———————————

2019-1451

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01380.

———————————

**ORDER**

———————————

Before REYNA, WALLACH, and HUGHES, *Circuit Judges.*

PER CURIAM.

IT IS ORDERED THAT:

This case is hereby dismissed as moot in light of our affirmance in *Theodore & Associates, LLC v. BMW of North*

2    BMW OF NORTH AMERICA, LLC v. THEODORE & ASSOCIATES,
LLC

*America, LLC*, No. 19-1446 (Fed. Cir. February 10, 2020).

FOR THE COURT

February 10, 2020                    /s/ Peter R. Marksteiner
Date                                 Peter R. Marksteiner
                                     Clerk of Court